

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

| United States of America | ) | |
| --- | --- | --- |
| v. | ) | |
| Michael Estes | ) | Case No. 1:17 MJ 125 |
| Defendant | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 10/10/17

_Defendant's signature_

_Signature of defendant's attorney_