UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
CHARLOTTE, NC
NOV 14 2017
US DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. **1:17 CR 142** |
| v. | **BILL OF INDICTMENT** |
| MICHAEL CHRISTOPHER ESTES | Violation:<br>18 USC § 844(i)<br>18 USC § 844(g) |

### THE GRAND JURY CHARGES:

#### COUNT ONE

On or about October 6, 2017, in Buncombe County, within the Western District of North Carolina,

**MICHAEL CHRISTOPHER ESTES**

maliciously attempted to damage and destroy, by means of explosive materials, the Asheville Regional Airport at 61 Terminal Drive in Fletcher, North Carolina which is used in interstate commerce.

In violation of Title 18, United States Code, Section 844(i).

#### COUNT TWO

On or about October 6, 2017, in Buncombe County, within the Western District of North Carolina,

**MICHAEL CHRISTOPHER ESTES**

knowingly possessed an explosive, to wit, an Ammonium Nitrate / fuel oil or "AN/FO" improvised explosive device, in the Asheville Regional Airport in Fletcher, North Carolina, an airport that was subject to the regulatory authority of the Federal Aviation Administration, without the consent of the agency, department, or other person responsible for the management of said airport.

In violation of Title 18, United States Code, Section 844(g).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 18 U.S.C. § 981(a)(1)(C) and (G), 18 U.S.C. § 844(c), 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c). Under Section 2461(c), criminal forfeiture is applicable to any offenses for which forfeiture is authorized by any other statute, including but not limited to 18 U.S.C. § 981. The following property is subject to forfeiture in accordance with Sections 981(a)(1)(C), 981(a)(1)(G), 844(c), 853(p), and/or 2461(c):

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

b. All assets, foreign or domestic, of Defendant; all assets acquired or maintained with the intent and for the purpose of supporting, planning, conducting, or concealing the violations; and all assets derived from, involved in, or used or intended to be used to commit the violations;

c. All explosive materials involved or used or intended to be used in the violations; and

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a) and (b) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant to the extent of the value of the property described in (a) and (b).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

a. the Ammonium Nitrate / fuel oil or "AN/FO" improvised explosive device and all component parts that **MICHAEL CHRISTOPHER ESTES** placed at the Asheville Regional Airport in Fletcher, North Carolina on October 6, 2017;

b. the green backpack and all contents of the backpack – including a tactical vest, and the black tool bag and all contents of the tool bag – including tape, gloves, Sterno Firestarter Gel, Winchester .410 gauge shotgun shells, and marbles, all belonging to **MICHAEL CHRISTOPHER ESTES** and seized by investigators on October 6, 2017 during the investigation; and

c. the black backpack and all contents of the backpack – including multiple knives and a portable radio, all belonging to **MICHAEL CHRISTOPHER ESTES** and seized by investigators on October 7, 2017 during the investigation.

2

A TRUE BILL:

_____
FOREPERSON

JILL WESTMORELAND ROSE
UNITED STATES ATTORNEY

fir- _____
THOMAS M. KENT
ASSISTANT UNITED STATES ATTORNEY