# UNITED STATES DISTRICT COURT
Western District of North Carolina

| | |
|---|---|
| UNITED STATES OF AMERICA<br>**v.**<br>Michael Christopher Estes<br>*Defendant* | Case Number: 1:17–cr–00142–MOC–WCM |

**ORDER**

Pursuant to Defendant's Waiver of Detention Hearing/Continuance Request (Doc. 40 ), Defendant's waiver of an immediate detention hearing is **NOTED**, Defendant's continuance request is **GRANTED**, and a hearing on the Government's motion for detention is **CONTINUED INDEFINITELY FOR CAUSE**. See United States v. Clark, 865 F.2d 1433 (4th Cir. 1989). Defendant is ordered detained without bond pending further proceedings.

It is so ordered.

Date: March 21, 2022

W. Carleton Metcalf
United States Magistrate Judge